Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 11−10255−pmc**

**In re:**

| | |
|---|---|
| Donald John Dubena<br>24489 Quarry Rd.<br>Wellington, OH 44090 | Paulette Fay Dubena<br>24489 Quarry Rd.<br>Wellington, OH 44090 |

**Social Security No.:**

xxx−xx−3375    xxx−xx−8426

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Alan J Treinish is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** March 15, 2012    /s/ Pat E. Morgenstern−Clarren
Form ohnb136    United States Bankruptcy Judge